**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**RASHEEDA WALKER AND
ROXANNE WALKER
INDIVIDUALLY AND ON
BEHALF OF THE WRONGFUL
DEATH BENEFICIARIES OF
BERNICE WALKER, DECEASED**                                            **PLAINTIFFS**

**V.**                                            **CIVIL ACTION NO. 4:20-cv-201-NBB-DAS**

**JAMES E. WARRINGTON, SR., M.D.,
WARRINGTON CLINIC D/B/A
CLARKSDALE FAMILY MEDICAL
CENTER, BAPTIST MEMORIAL
HOSPITAL NORTH MS, DELTA
MEDICAL CARE FOUNDATION,
UNITED EMERGENCY SERVICES, INC.,
KRISTINA L. LOPRINZI, FNP-C,
PATRICT LOUIS CARR, M.D.,
AND JOHN DOES I-X**                                            **DEFENDANTS**

**ORDER**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND**

**ADJUDGED** that the defendant Baptist Memorial Hospital – North Mississippi's motion to

dismiss is **GRANTED**, and said defendant is hereby dismissed from this action without

prejudice.

This 29th day of September, 2021.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE